ACCEPTED
04-15-00548-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/13/2015 4:43:18 PM
KEITH HOTTLE
CLERK

## CAUSE NO. 04-15-00548-CV

IN THE COURT OF APPEALS

FOURTH COURT OF APPEALS DISTRICT

SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/13/2015 4:43:18 PM
KEITH E. HOTTLE
Clerk

---

RUFINA REYES YANEZ,

    Appellant

    v.

AMERICAN GENERAL LIFE INSURANCE COMPANY,

    Appellee

---

FROM THE 341ST JUDICIAL DISTRICT COURT, WEBB COUNTY, TEXAS

TRIAL COURT NO. 2014CVF000504-D3

HONORABLE REBECCA RAMIREZ PALOMO, JUDGE PRESIDING

---

## MOTION TO REINSTATE APPEAL

**TO THE HONORABLE COURT OF APPEALS:**

Comes Now Appellant, RUFINA REYES YANEZ, asking the Honorable Court of Appeals to reinstate her appeal, which was dismissed on October 28, 2015, for want of prosecution. In support thereof Appellant shows:

1.     As evidenced by this motion and the attached affidavit, good cause exists for reinstating the appeal. In *Verbugt v. Dormer*, *959 S.W. 2d 615, 616-17 (Tex. 1997)*, the Texas Supreme Court said:

" This court has never wavered from the principal that appellate courts should not dismiss an appeal for a procedural defect whenever any arguable, interpretation of the Rules of Appellate Procedure would preserve the appeal… We have repeatedly instructed the courts of appeals to construe the Rules of Appellate Procedure reasonable yet liberally, so that the right to appeal is not lost by imposing requirements not absolutely necessary to effect the purpose of a rule."

2.     The motion complies with Rule 25.1(g) of the Texas Rules of Appellate Procedure. See also *Sweed v. Nye*, *323 S.W. 3rd 873, 874 (Tex.2010)*; *Warwick Towers Council of Co-owners v. Park Warwick, L.P.*, *244 S.W. 3rd 838, 839 (Tex. 2008)*.

3.     During the past few months Appellant's attorney has suffered from ill health, including migraine headaches so severe that they cause him to miss work and a recent episode while in court that cause him to seek medical intervention. Additionally, the legal assistant/secretary of Appellant's attorney has been suffering from anxiety attacks the last two months that have resulted in frequent absences from work and failure to attend to assigned tasks. See Appellant's affidavit, attached as **Exhibit A** to this motion.

4.    Appellant's counsel has also been deeply involved in a multi-vehicle accident which resulted in six deaths and injuries to others, and in which discovery has been extensive, with more than twenty-five attorneys and more than 30 plaintiffs involved, Cause No. 15-01-13556, filed in the 193rd District Court of Zavala County, Texas, and styled as David Rodriguez and Maribel Rodriguez, et al., v. Rose Rock Midstream Field Services, LLC, et al.

5.    Appellant has a meritorious appeal. This case involves Appellee's failure to pay the insurance proceeds of a life insurance policy to Appellant promptly. Appellee filed a motion for summary judgment and other pleadings untruthfully stating that Appellee did not learn until late 2012 that Appellant's husband had died. Appellant filed a motion pursuant to Rule 201 of the Texas Rules of Evidence for the trial court to take mandatory judicial notice of information and documents which ineluctably proved that Appellee and its attorneys had learned on November 1, 2001, and in February of 2002, that JULIO had died on May 26, 2001. The trial Court failed to take the mandatory judicial notice. Appellant has ordered the Reporter's Record of the July 15, 2015, hearing on the motion for mandatory judicial notice of adjudicative facts and has asked the District Clerk to prepare and file a Supplemental Clerk's Record.

7.   If the motion to reinstate the appeal is denied Appellant will have to file a petition for review with the Texas Supreme Court or will have to file a petition for a bill of review in the 341st District Court.

8.   **PRAYER**. Premises considered, Appellant RUFINA REYES YANEZ asks the Honorable Court of Appeals:

a.   To enter an order reinstating the appeal; and

b.   To enter an order extending the time for Appellant to file her brief until 30 days after the Appellate Record has been completed.

Respectfully submitted,

ARMANDO TREVINO
Attorney At Law
State Bar No. 20211100
1519 Washington St, Suite # 1.
Laredo, Texas 78040
Telephone No. (956) 726-1638
Email: armando_trevinolaw@hotmail.com
Attorney For Appellant

Subscribed and sworn to before me on the _13th_ day of November, 2015, by Armando Treviño, Attorney for Appellant.



Notary Public, State of Texas

## CERTIFICATE OF SERVICE

I certify that on November ___ /3 ___, 2015, I served a copy of the Motion To Reinstate Appeal was sent via hand-delivery or e-service to JASON A. RICHARDSON, EDISON, McDOWELL & HETHERINGTON LLP, 3200 Southwest Freeway, Suite 2100, Houston, Texas 77027, jason.richardson@emhllp.com, Webb County District Clerk's office Esther Degollado, and Ana Alcantar.

ARMANDO TREVIÑO

# EXHIBIT A

## AFFIDAVIT OF ARMANDO TREVIÑO

**STATE OF TEXAS** §

**COUNTY OF WEBB** §

My name is Armando Treviño. I am fully competent to make this affidavit based upon my personal knowledge of the facts stated herein. All of the facts are true and correct. Upon my oath and on penalty of perjury I depose as follows:

1. I am the attorney for Appellant RUFINA REYES YANEZ.

2. During the last few months I have suffered from debilitating migraine headaches that have caused me to miss work. A few days ago, while in Court, I suffered an attack of vertigo and had to seek medical intervention. My physician opinioned that I was under severe stress.

3. Julie Brewster has been my paralegal/legal secretary for many years. During the last two months she has suffered from anxiety/panic attacks which have caused her to miss work and to accomplish her assigned tasks.

4. I am the attorney for Carmen Veyro Costales, mother of Sergio Javier Veyro, Sr., in Cause No. 15-01-13355-CV, filed in the 193rd Judicial District Court of Zavala County, Texas. Sergio was fatally injured on January 15, 2015, in a multi-fatality, multi-vehicle accident. Discovery is ongoing and to date I have boxes of discovery motions, responses to discovery, expert reports, and depositions.

5.    I seek reinstatement of this Appeal so that justice may be done.

_____
Armando Treviño

Subscribed and sworn to before me on the __13th__ day of November, 2015, by

Armando Treviño, Attorney for Appellant.

_____
Notary Public, State of Texas